FILED

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAN 1 8 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 17-30008-SMY |
| | ) | |
| VICTORIA FOSTER, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

**2015 C.P. Federal Tax Return- False Claim Against the United States By A Paid Tax Preparer's Assistance In Preparation Of A False Federal Tax Return**

On or about March 23, 2016, in St. Clair County, Illinois, within the Southern District of Illinois,

### VICTORIA FOSTER

defendant herein, operating as Elite Tax, in Belleville, Illinois , made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $2,627, which she then and there knew to be false, fictitious, and fraudulent. **VICTORIA FOSTER** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2015 on behalf of C.P., which requested a refund to which the defendant knew neither C.P. nor she was entitled.

3.     **VICTORIA FOSTER** falsified the education credit in claiming a fraudulent refund of $2,627.

All in violation of Title 18, United States Code, Section 287.

## COUNT 2

**2015 D.L. Federal Tax Return- False Claim Against the United States By A Paid Tax Preparer's Assistance In Preparation Of A False Federal Tax Return**

On or about March 23, 2016, in St. Clair County, Illinois, within the Southern District of Illinois,

### VICTORIA FOSTER

defendant herein, operating as Elite Tax, in Belleville, Illinois, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $1,382, which she then and there knew to be false, fictitious, and fraudulent. **VICTORIA FOSTER** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2015 on behalf of D.L., which requested a refund to which the defendant knew neither D.L. nor she was entitled.

3.      **VICTORIA FOSTER** falsified Schedule A, Itemized Deductions,  in claiming a fraudulent refund of $1,382.

All in violation of Title 18, United States Code, Section 287.

DONALD S. BOYCE
United States Attorney
Southern District of Illinois

NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: $10,000 unsecured.

**A TRUE BILL**

████████████████████████

**Foreperson**